**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: April 1, 2019**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Cory Chilcote | ) | Case No. 2:19-bk-50693 |
| | ) | |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge  Caldwell |

**ORDER GRANTING DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 (doc.20)**

Debtor, Cory Chilcote, commenced this case on February 7, 2019 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

Debtor wishes to end his Plan. Under section 1307 (b) of the Bankruptcy Code, it is  hereby  ORDERED that Debtor's Chapter 13 be dismissed.

**IT IS SO ORDERED.**
Copies to:
**All Creditors and Parties of Interest**

###